

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-10-2010

# Specialty Surfaces Intl Inc v. Cont Cslty Co

Precedential or Non-Precedential: Precedential

Docket No. 09-2773

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

## Recommended Citation

"Specialty Surfaces Intl Inc v. Cont Cslty Co" (2010). *2010 Decisions.* Paper 1068.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1068

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT
OF APPEALS
FOR THE THIRD CIRCUIT

———————

NO. 09-2773

———————

SPECIALTY SURFACES INTERNATIONAL, INC.,
doing business as SPRINTURF, INC;
EMPIRE AND ASSOCIATES, INC.,
Appellants

v.

CONTINENTAL CASUALTY CO.

———————

On Appeal From the United States
District Court
For the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-08-cv-02089)
District Judge:  Hon. John P. Fullam

———————

Argued February 25, 2010

BEFORE:  CHAGARES, STAPLETON, and
LOURIE,* *Circuit Judges*

———————

* Hon. Alan D. Lourie, United States Circuit Judge for the Federal Circuit, sitting by designation.

<u>ORDER AMENDING OPINION</u>

IT IS ORDERED that the precedential opinion filed in this matter on June 8, 2010, is hereby AMENDED as follows:

The listings in the caption for appellee's attorneys is DELETED and the following is substituted therefor:

Ronald P. Schiller
Jay I. Morstein (Argued)
Michael R. Carlson
Daniel J. Layden
Hangley, Aronchick, Segal & Pudlin
One Logan Square
18th and Cherry Streets – 27th Floor
Philadelphia, PA  19103
 Attorneys for Appellee

By the Court:


  /s/   Walter K. Stapleton
United States Circuit Judge

DATED: June 10, 2010

MLR/cc:
Timothy P. Law, Esq.
Jay I. Morstein, Esq.
Ronald P. Schiller, Esq.